# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRACE GERNHART** and **RONALD GERNHART, JR.**, Plaintiffs, v. **SPECIALIZED LOAN SERVICING LLC**, *also known as SLS MORTGAGE*, Defendant. | **CIVIL ACTION NO. 18-2296** |

## ORDER

This 18th day of March, 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 12), Plaintiffs' Response (ECF No. 13), and Defendant's Reply (ECF No. 14), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

                                                /s/ Gerald Austin McHugh
                                               United States District Judge